# Attachment Two

Follow Up and Specific Request for Discovery

**From:** Anderson, Matthew (USAOKW) Matthew.Anderson2@usdoj.gov
**Subject:** RE: [EXTERNAL] Bills - Missing Discovery
**Date:** March 11, 2024 at 9:23 AM
**To:** Robert Gifford robert.gifford@giffordlawyer.com

I will have to see what is available.

Best,

Matt

**From:** Robert Gifford <robert.gifford@giffordlawyer.com>
**Sent:** Saturday, March 9, 2024 5:56 PM
**To:** Anderson, Matthew (USAOKW) <MAnderson2@usa.doj.gov>
**Subject:** [EXTERNAL] Bills - Missing Discovery

Matt: I am looking for a few things that I don't think are included in the discovery.

1. Any dashcam or BWC video of the traffic stop, as well as when the agent took the car and drove it away to do another dog sniff at a different location.

2. The radio logs of the traffic stop and drug dog being called out.

3. Any information or report on when the drug dog was called out and actually arrived and was deployed the first time and the timing on the second time when they moved the car and re-deployed the drug dog.

4. Any information on the drug dog itself (e.g. OHP Utilization Report that tracks the drug dog's performance demonstrating his "find" rate and "false response" rate (or other documentation reflecting the same). If this isn't an OHP dog, then the equivalent for whichever agency's dog that it is.

5. Any documents used for the purposes of booking Ms. Bills into Cleveland County, the PC affidavit provided to the jail, and release from Cleveland County.

Thank you.


Robert D. Gifford
ATTORNEY

GIFFORD LAW, P.L.L.C.
Phone: (405) 810-5406
Cell/Text: (405) 778-4647

Facsimile: (877) 295-0287
Email: Robert.Gifford@GiffordLawyer.com

Website: http://giffordlawyer.com

This e-mail (and attachments) contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the recipient(s) named above, and is covered by the Electronic Communication Privacy Act, 18 U.S.C. §§ 2510-2521. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us via e-mail and delete this e-mail from your system. Thank you.

*Please note the following:   (1) email communication is not a secure method of communication; (2) any email that is sent between you and this law firm may be copied and held by various computers it passes through as it is transmitted; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this firm's computer or even some computer unconnected to either of us that this email passes through.  I am communicating to you via email because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me at once.