ARREST REPORT   OBN 2022-1718/156

# OKLAHOMA STATE BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL

## ARREST REPORT

| **Report Number:** OBN 2022-1718/156 | **Reporting Date:** 01/10/2024 |
|---|---|
| **Reporting Agent:** TIPTON, CORY | **Case Status:** OPEN |

On January 9, 2024, Agents with the Oklahoma Bureau of Narcotics (OBN), Anti-Methamphetamine Task Force (AMTF) conducted a surveillance operation that lead to the traffic stop and arrest of Logan STAPLETON. During the traffic stop approximately 10,160.47 grams of suspected methamphetamine was seized. The following report details the operation.

At approximately 1:25 P.M., Agent Tipton established surveillance at the Hospitality Inn located at 3709 NW 39th Street, Oklahoma City, Oklahoma. Agent Tipton observed a white Jeep Compass bearing Oklahoma License Plate (OKLP) NXS874 parked on the east side of the hotel. (Agent Note: this vehicle was known to be utilized by Sarah ANNESLEY and contained a court authorized GPS tracking device.)

At approximately 1:27 P.M., Agent Tipton observed a silver Chrysler 200 arrive and park one spot away from the white Jeep Compass. Agent Tipton observed a sole white male driver. Agent Tipton observed the white male exit his vehicle and walk down the North breeze way of the hotel. The white male was later identified as Logan STAPLETON.

At approximately 1:30 P.M., Agent Tipton observed STAPLETON walk from the north breeze way and enter the trunk of the silver Chrysler 200. Agent Tipton observed STAPLETON retrieving what appeared to be clothing but as Agent Tipton drove by he looked at Agent Tipton and moved the clothing as if he was concealing

OFFICIAL USE ONLY
This report is the property of the Oklahoma Bureau of Narcotics and Dangerous Drugs Control. Neither it nor its contents may be disseminated outside the agency to which it is loaned.

ANN_000012

# OKLAHOMA STATE BUREAU OF
# NARCOTICS AND DANGEROUS DRUGS CONTROL

something in his hand. Shortly thereafter STAPLETON closed the trunk of the Chrysler and walked back down the breeze way. Agent Tipton observed STAPLETON enter a door on the north building midway down the breeze way but could not positively confirm which door.

At approximately 1:33 P.M., Task Force Officer (TFO) Glosser observed the silver Chrysler 200 bearing Cherokee Tribal License plate CI8511. A law enforcement indices check determined the registered owner as R.S. [redacted] or Logan STAPLETON, 1209 Garden Drive, Bartlesville, Oklahoma.

At approximately 1:38 P.M., Agent Tipton observed ANNESLEY and STAPLETON emerge from the north breeze way. Agent Tipton observed STAPLETON place something inside the trunk of the silver Chrysler before getting into the drivers seat. Agent Tipton observed ANNESLEY enter the white Jeep Compass and both departed shortly thereafter. Agent maintained surveillance on the Chrysler 200.

At approximately 1:40 P.M., Agent Tipton observed the Chrysler 200 arrive at the Oncue, 3620 NW 39th Street, Oklahoma City, Oklahoma. Agent Tipton observed STAPLETON go inside the Oncue and shortly thereafter exit.

At approximately 1:53 P.M., Agent Jehle observed STAPLETON departing the Oncue in the Chrysler 200. (Agent Note: ANNESLEY was observed via GPS tracker arriving in the area of the Newport Granada Apartments 3405 NW 39th Street, Oklahoma City, Oklahoma.) Agents maintained surveillance and contacted the Criminal Interdiction Team of Central Oklahoma (CITCO) to attempt a traffic stop on STAPLETON.

OFFICIAL USE ONLY
This report is the property of the Oklahoma Bureau of Narcotics and Dangerous Drugs Control. Neither it nor its contents may be disseminated outside the agency to which it is loaned.

ARREST REPORT  OBN 2022-1718/156

# OKLAHOMA STATE BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL

**At approximately 2:03 P.M., CITCO developed probable cause to conduct a traffic stop on the Chrysler 200 near Interstate 44 at the on-ramp to southbound Broadway Extension. During the course of the traffic stop CITCO officers developed probable cause to search the vehicle. During the search approximately 10,101.47 grams of suspected methamphetamine was located inside the trunk of the Chrysler 200.  The methamphetamine was contained inside clear plastic bags which was inside a white and blue "Marshalls" bag.**



**After CITCO officers discovered the suspected methamphetamine they determined they would move the traffic stop to a safer location.**

**At approximately 2:23 P.M., TFO Glosser drove the Chrysler 200 to OBN Headquarters followed by the CITCO officers. Once at headquarters Agent Tipton and TFO Glosser conducted an interview with STAPLETON (Ref. OBN 2022-1718/157). TFO Glosser**

OFFICIAL USE ONLY
This report is the property of the Oklahoma Bureau of Narcotics and Dangerous Drugs Control. Neither it nor its contents may be disseminated outside the agency to which it is loaned.

ANN_000014

# OKLAHOMA STATE BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL

collected STAPLETON's cell phone from the Chrysler 200. The cell phone was a Motorola cell phone in a black phone case, IMEI: 358390901897234. Agent Jehle and AIC Stafford collected and processed the suspected methamphetamine from the trunk of the Chrysler. Agent Jehle conducted a field test of the suspected methamphetamine, witnessed by AIC Stafford. The substance tested presumptive positive for methamphetamine.



Agent Jehle and AIC Stafford photographed and packaged the suspected methamphetamine using OBN seal number 095856 and placed it into temporary drug storage.

After conducting the interview with STAPLETON, Agent Tipton secured the Motorola cell phone inside the AMTF office where it was placed on a charger pending a search warrant draft.

OFFICIAL USE ONLY
This report is the property of the Oklahoma Bureau of Narcotics and Dangerous Drugs Control. Neither it nor its contents may be disseminated outside the agency to which it is loaned.

ARREST REPORT  OBN 2022-1718/156

# OKLAHOMA STATE BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL

On January 10, 2024, Agent Jehle and Agent Tipton retrieved the seized methamphetamine from temporary storage. The seized evidence was photographed, weighed, and placed back into temporary storage pending the transfer to the Drug Enforcement Administration (DEA) to be sent to the DEA lab for drug analysis. The silver Chrysler 200 was transported to OBN warehouse by Agent Tipton, witnessed by Agent Jehle, pending forfeiture.

STAPLETON was ultimately transported to DEA Agent Wyckoff to DEA headquarters, witnessed by Agent Tipton, where he was processed and placed in a holding cell. STAPLETON was later transported to Cleveland County Jail by DEA personnel.

On January 17, 2024, Agent Tipton and Agent Jehle retrieved the drug exhibit from temporary storage, transported to DEA Headquarters and transferred custody to DEA Agent Wyckoff and Agent Michael Dent (Reference attached transfer receipt).

Photographs taken during the operation are attached to this report.

End of report

OFFICIAL USE ONLY
This report is the property of the Oklahoma Bureau of Narcotics and Dangerous Drugs Control. Neither it nor its contents may be disseminated outside the agency to which it is loaned.

ANN_000016