Oklahoma City PD
Call For Service 2024-CFS-00016477 (Report 2 of 2)

# Call For Service 2024-CFS-00016477

**Primary Officer:** Layman, Colton (57124)

**Assigned District:** Springlake

## Overview

### Overview

| CAD INCIDENT NUMBER | RECORDS INCIDENT NUMBER | RESPONSE DATE | AGENCY TYPE |
|---|---|---|---|
| 202401-0020006 | 2024-0002121 | 2024-01-09T21:08:15+00:00 | Oklahoma City Police Dept |

**COMMENTS**

[Jan  9 2024  3:09PM] [VP1442] [AT DHS]

[Jan  9 2024  3:09PM] [VP1442] [EB I-44 APP WESTERN]

[Jan  9 2024  3:09PM] [VP1442] [NEED UNIT FOR DRUG RELATED TRAFFIC STOP]

[Jan  9 2024  3:11PM] [VP1442] [RED TOYOTA INDIAN TAG]

[Jan  9 2024  3:11PM] [VP1442] [SB ON BROADWAY / I-44]

[Jan  9 2024  3:12PM] [VP1442] [SB BROADWAY APP 36]

[Jan  9 2024  3:12PM] [VP1442] [TRIBAL TAG]

[Jan  9 2024  3:13PM] [VP1442] [N16 APP 23 IN LANE 1 ]

[Jan  9 2024  3:13PM] [VP1442] [N16 PASSED 23..#3LANE ]

[Jan  9 2024  3:14PM] [VP1442] [N16 I-235 SB 6TH ST  #1 LANE ]

[Jan  9 2024  3:15PM] [VP1442] [N16 NOT SIGNALLING....69 MPH ]

[Jan  9 2024  3:15PM] [VP1442] [N16 OCCUPIED 2X ]

[Jan  9 2024  3:15PM] [AH9628] [GB SFE]

[Jan  9 2024  3:15PM] [VP1442] [N16 JUST NOW APP JUNCTION I-235/I-40]

[Jan  9 2024  3:16PM] [VP1442] [N16 EB I-40 / I-235]

[Jan  9 2024  3:16PM] [VP1442] [SFE ALSO ADVD]

[Jan  9 2024  3:17PM] [VP1442] [N16 OHP IS ALSO GETTING INVOLVED..WILL DO FELONY STOP IF GET THERE FIRST ]

[Jan  9 2024  3:17PM] [VP1442] [N16 WLL BE OHP DEAL...OCPD TREAT IT LIKE A TRAFFIC STOP ]

[Jan  9 2024  3:17PM] [VP1442] [N16 I-40 EB APP SCOTT ]

[Jan  9 2024  3:18PM] [VP1442] [UNIT ASKING IF MAROON SEDAN..SAID 10-4 WITH INDIAN TAG ]

[Jan  9 2024  3:19PM] [VP1442] [1C16 EXITING SUNNYLANE / I-40 ..WA]

[Jan  9 2024  3:19PM] [VP1442] [N16 YES THATS IT ]

[Jan  9 2024  3:19PM] [VP1442] [1C16 EB I40  PASSING SUNNYLANE APP 15TH ST EXIT ]

[Jan  9 2024  3:20PM] [VP1442] [1C16 10-70 I-40/SOONER,,,SIGNALLING ...]

[Jan  9 2024  3:20PM] [VP1442] [1C16 0485 OCCUPIED 2X..EXITING ..10-33...1C18 AND 1C32 97 WITH HIM ]

[Jan  9 2024  3:20PM] [VP1442] [10-33]

Oklahoma City PD
Call For Service 2024-CFS-00016477 (Report 2 of 2)

## Overview (continued)

## Overview

[Jan  9 2024  3:20PM] [VP1442] [OHP IS ALMOST 97]

[Jan  9 2024  3:20PM] [VP1442] [WERE STILL ROLLING]

[Jan  9 2024  3:21PM] [VP1442] [OHP SAID OCPD TREAT IT LIKE TRAFFIC STOP]

[Jan  9 2024  3:21PM] [VP1442] [[Query] , NCIC Plate Check: 0485,OK,TR,2024]

[Jan  9 2024  3:21PM] [VP1442] [0485 TRIBAL NOT COMING BACK WITH VALID 10-28]

[Jan  9 2024  3:22PM] [VP1442] [1C32 10-64 ]

[Jan  9 2024  3:24PM] [VP1442] [U41 DOG AVAIL?]

[Jan  9 2024  3:24PM] [VP1442] [U41 NEED A DRUG DOG ]

[Jan  9 2024  3:25PM] [VP1442] [PER K7 CK WITH CITGO OR PROJECTS]

[Jan  9 2024  3:25PM] [VP1442] [Secondary Location for 1C16: I-40/SOONER.]

[Jan  9 2024  3:25PM] [VP1442] [Secondary Location for 1C32: I-40/SOONER.]

[Jan  9 2024  3:25PM] [VP1442] [Secondary Location for U41: I-40/SOONER.]

[Jan  9 2024  3:25PM] [VP1442] [Secondary Location for 1C114: I-40/SOONER.]

[Jan  9 2024  3:25PM] [VP1442] [Secondary Location for 1C12: I-40/SOONER.]

[Jan  9 2024  3:25PM] [VP1442] [Secondary Location for 1C18: I-40/SOONER.]

[Jan  9 2024  3:26PM] [BH2018-HOFFMAN, BRYAN R] [Source: AR060015Y

DR.AR060015Y

14:26 01/09/2024 77303

14:26 01/09/2024 40597 OK05536Y8

*MRID197956

TXT

NAM/BILLS, GLORIA, LESHELL RAC/B SEX/F DOB/19950405 HGT/501 WGT/207 EYE/BRO HAI/BLK

ARKANSAS DRIVER HISTORY FOR CSN: 000000000

BILLS,GLORIA,LESHELL DLN: 940590103

███████████████████████ DOB: ██████-95

TEXARKANA MILLER AR 71854 ISSUED: 12-29-17

SEX: F RACE: B EXPIRES: 04-05-26

EYE: BRO HAIR: BLK HGT:501 WGT:207 TOTAL POINTS: 000

VOLUNTARY ENHANCED SECURITY: NO CARD CONTROL#: 1781022720

ORGAN DONOR: NO

MEDICAL CERT: CODE-N STATUS-Not Certified

CLASS: D STATUS: NCL- Valid CDL- N/A

Oklahoma City PD
Call For Service 2024-CFS-00016477 (Report 2 of 2)

## Overview (continued)

### Overview

ENDORSEMENTS: * NONE * RESTRICTIONS: * NONE *

---------------------------------------------------------------------------

******************************************Other************************************

Transferred license to Arkansas from Oklahoma on 12/29/2017

Offense Conviction Offense Court DLN CMV HAZ

Date Date Location MAT

---------------------------------------------------------------------------

****************************Stand Alone Violation****************************

08/16/19 09/17/19 SPEED DTAIL 6584 Pulaski County DC 940590103 No No

****END OF RECORD ****]

[Jan  9 2024  3:26PM] [BH2018-HOFFMAN, BRYAN R] [DRIVER INFO BELOW]

[Jan  9 2024  3:26PM] [CB1955-BELONCIK, CLIFFORD A] [PASSENGER  -   ███-3989

TXT

QUERY DATA H994227708

*** DRIVER DETAILS ***

NAME: MONDALE LARUE GOLSTON

DATE OF BIRTH: 1992 ███

EYE COLOR: Hazel

HEIGHT: 507

RACE: Black or African American

GENDER: Male

SSN: 5316

WEIGHT: 190

*** DRIVER LICENSE DETAILS ***

DRIVER AUTHORIZATION ID: H994227708

EXPIRATION DATE: 2027-09-30

ISSUE DATE: 2023-09-11

DRIVER LICENSE COMMERCIAL STATUS: No License Issued

DRIVER LICENSE NON-COMMERCIAL CLASS: D

DRIVER LICENSE NON-COMMERCIAL STATUS: Valid

DRIVER LICENSE PERMIT QUANTITY: 0

LICENSED COMMERCIAL DRIVER: NO

Printed by Rivera, Alonzo (40281) at 01/12/2024 14:10    Page 8 of 13 (Page 3 of 7 in Call For Service 2024-CFS-00016477 (Report 2 of 2))

ANN_000257

Oklahoma City PD
Call For Service 2024-CFS-00016477 (Report 2 of 2)

## Overview (continued)

## Overview

LICENSED NON-COMMERCIAL DRIVER: YES

*** ADDRESS INFORMATION ***

RESIDENCE ▮▮▮▮▮▮▮▮▮▮ Idabel,74745-5712

COUNTRY: USA

COUNTY: McCurtain

LOCATION COUNTY: McCurtain

PRIMARY CONTACT ADDRESS: ▮▮▮▮▮▮▮▮▮▮ Idabel,OK 74745-5712

COUNTRY: USA

COUNTY: McCurtain

LOCATION COUNTY: McCurtain

*** ADDITIONAL INFORMATION ***

MEDICAL CERTIFICATE DATA

Medical Certificate Status Code N

STATE ELEMENT: Sex Offender Indication No]

[Jan  9 2024  3:27PM] [VP1442] [L414 WAS ASSIGNED IN ERROR]

[Jan  9 2024  3:40PM] [VP1442] [[Notification] [Oklahoma City Police Dept]-Problem changed from TRAFFIC STOP <TRAFIC to OFFICER ASSIST-NON-PRIORITY<303 by Oklahoma City Police Dept]

[Jan  9 2024  3:47PM] [BH2018-HOFFMAN, BRYAN R] [BOTH CLEAR OF WARRANTS]

[Jan  9 2024  4:15PM] [CW2788] [Secondary Location for 1C18: va office 122/kelley.]

[Jan  9 2024  4:15PM] [CW2788] [Secondary Location for U41: VA OFFICE.]

[Jan  9 2024  4:15PM] [CW2788] [U41 FEM SMG 34]

[Jan  9 2024  4:16PM] [CB1955-BELONCIK, CLIFFORD A] [DEA office**]

[Jan  9 2024  4:18PM] [CW2788] [Requested Case Number(s) issued for Incident #[202401-0020006], Jurisdiction: SPRINGLAKE. Case Number(s): OCPD2024-0002121. requested by U41.]

[Jan  9 2024  4:20PM] [BH2018-HOFFMAN, BRYAN R] [STANDING BY FOR OHP WRECKER TO SHOW UP]

[Jan  9 2024  4:29PM] [BH2018-HOFFMAN, BRYAN R] [OKLAHOMA TAX COMMISSION

RESPONSE FOR LIC/04859CH

*** REGISTRATION INFO ***

Primary Plate: 04859CH Plate Type: TSG (NCIC Plate Type: PC)

Decal ID: 24T414874 Decal Type: DV

Effective Date: 01/09/2024 Expiration Date: 12/31/2024

Last Updated: 01/09/2024 Agent Number: 1219

Last Issued Date: 01/09/2024

Printed by Rivera, Alonzo (40281) at 01/12/2024 14:10        Page 9 of 13 (Page 4 of 7 in Call For Service 2024-CFS-00016477 (Report 2 of 2))

ANN_000258

Oklahoma City PD
Call For Service 2024-CFS-00016477 (Report 2 of 2)

# Call For Service 2024-CFS-00016477

**Primary Officer:** Layman, Colton (57124)

**Assigned District:** Springlake

## Overview

### Overview

| CAD INCIDENT NUMBER | RECORDS INCIDENT NUMBER | RESPONSE DATE | AGENCY TYPE |
|---|---|---|---|
| 202401-0020006 | 2024-0002121 | 2024-01-09T21:08:15+00:00 | Oklahoma City Police Dept |

**COMMENTS**

[Jan  9 2024  3:09PM] [VP1442] [AT DHS]

[Jan  9 2024  3:09PM] [VP1442] [EB I-44 APP WESTERN]

[Jan  9 2024  3:09PM] [VP1442] [NEED UNIT FOR DRUG RELATED TRAFFIC STOP]

[Jan  9 2024  3:11PM] [VP1442] [RED TOYOTA INDIAN TAG]

[Jan  9 2024  3:11PM] [VP1442] [SB ON BROADWAY / I-44]

[Jan  9 2024  3:12PM] [VP1442] [SB BROADWAY APP 36]

[Jan  9 2024  3:12PM] [VP1442] [TRIBAL TAG]

[Jan  9 2024  3:13PM] [VP1442] [N16 APP 23 IN LANE 1 ]

[Jan  9 2024  3:13PM] [VP1442] [N16 PASSED 23..#3LANE ]

[Jan  9 2024  3:14PM] [VP1442] [N16 I-235 SB 6TH ST  #1 LANE ]

[Jan  9 2024  3:15PM] [VP1442] [N16 NOT SIGNALLING....69 MPH ]

[Jan  9 2024  3:15PM] [VP1442] [N16 OCCUPIED 2X ]

[Jan  9 2024  3:15PM] [AH9628] [GB SFE]

[Jan  9 2024  3:15PM] [VP1442] [N16 JUST NOW APP JUNCTION I-235/I-40]

[Jan  9 2024  3:16PM] [VP1442] [N16 EB I-40 / I-235]

[Jan  9 2024  3:16PM] [VP1442] [SFE ALSO ADVD]

[Jan  9 2024  3:17PM] [VP1442] [N16 OHP IS ALSO GETTING INVOLVED..WILL DO FELONY STOP IF GET THERE FIRST ]

[Jan  9 2024  3:17PM] [VP1442] [N16 WLL BE OHP DEAL...OCPD TREAT IT LIKE A TRAFFIC STOP ]

[Jan  9 2024  3:17PM] [VP1442] [N16 I-40 EB APP SCOTT ]

[Jan  9 2024  3:18PM] [VP1442] [UNIT ASKING IF MAROON SEDAN..SAID 10-4 WITH INDIAN TAG ]

[Jan  9 2024  3:19PM] [VP1442] [1C16 EXITING SUNNYLANE / I-40 ..WA]

[Jan  9 2024  3:19PM] [VP1442] [N16 YES THATS IT ]

[Jan  9 2024  3:19PM] [VP1442] [1C16 EB I40  PASSING SUNNYLANE APP 15TH ST EXIT ]

[Jan  9 2024  3:20PM] [VP1442] [1C16 10-70 I-40/SOONER,,,SIGNALLING ...]

[Jan  9 2024  3:20PM] [VP1442] [1C16 0485 OCCUPIED 2X..EXITING ..10-33...1C18 AND 1C32 97 WITH HIM ]

[Jan  9 2024  3:20PM] [VP1442] [10-33]

Printed by Rivera, Alonzo (40281) at 01/12/2024 14:10    Page 6 of 13 (Page 1 of 7 in Call For Service 2024-CFS-00016477 (Report 2 of 2))

ANN_000255