

**Oklahoma City PD**
700 Colcord Dr
Oklahoma City, OK, 73102
(405) 297-1000

Incident Report 2024-0002121-1 (Report 1 of 2)

# Incident Report 2024-0002121-1

**Primary Officer:** Layman, Colton (57124)  **Assisting Officers:** Hoffman, Bryan (52481), Beloncik, Clifford (51457)
**Assigned District:** Criminal Intelligence  **District, Beat, Zone:** SPRING,SL1,C4

## Overview

### Incident Overview

**CFS #:** 202401-0020006  **Incident Type:** Information  **Incident From Date:** 01/09/2024  **Incident From Time:** 15:08
**Incident To Date:** 01/09/2024  **Incident To Time:** 15:08  **Reported On Date:** 01/09/2024  **Reported On Time:** 15:08
**Location:** NW 23rd St & I-235 N, Oklahoma City, Oklahoma County, OK, 73103, USA  **Location Note:** 1618200
**Handle with care?:** Not Applicable

Mental Health Related
If YES, you must complete a Mental Health Form in the subject's Name Card.
**Is this Incident Mental Health related?:** No

Naloxone Administration
**Did you administer or leave NARCAN?:** No

## Offenses

### 22500 - 90Z  - ALL OTHER OFFENSES - FEL   **Author:** Layman, Colton

**Offense:** 22500 - 90Z  - ALL OTHER OFFENSES - FEL  **NIBRS UCR Code:** All Other Offenses  **Severity:** Felony
**Completion:** Completed  **Location Category:** Highway/Road/Alley/Street/Sidewalk
Additional Details
**Offender is Suspected of Using?:** No  **Was Bias Motivation Involved?:** No

## Names

### Involved Person - GOLSTON, MONDALE LARUE   **Author:** Beloncik, Clifford

Involvement
**Role:** Involved Person  **Offense:** 22500 - 90Z  - ALL OTHER OFFENSES - FEL

Identity
**Type:** Known  **Last Name:** GOLSTON  **First Name:** MONDALE  **Middle Name:** LARUE  **DOB:** ▮▮/1992
Identifying Documents
**ID Type:** Driver's License  **Issuing State:** Oklahoma  **ID Number:** H994227708
Description
**Age:** 31  **Sex:** Male  **Race:** Black or African American  **Ethnicity:** Not Hispanic or Latino

Oklahoma City PD
**Incident Report 2024-0002121-1 (Report 1 of 2)**

# Names (continued)

### Involved Person - GOLSTON, MONDALE LARUE (continued)    **Author:** Beloncik, Clifford

**Height Type:** Exact Height Known   **Height:** 5' 7"   **Weight Type:** Exact Weight Known   **Weight:** 190   **Eye Color:** Brown
**Hair Color:** Black

#### Contact
**Address Type:** Home   **Location:** ███████████ IDABEL OK 74745
**Phone Number Type:** Home   **Phone Number:** █████3989

### Involved Person - BILLS, GLORIA    **Author:** Layman, Colton • Edited by Hoffman, Bryan

#### Involvement
**Role:** Involved Person   **Offense:** 22500 - 90Z  - ALL OTHER OFFENSES - FEL

#### Identity
**Type:** Known   **Last Name:** BILLS   **First Name:** GLORIA   **DOB:** ████995   **Homeless?:** No

#### Identifying Documents
**ID Type:** Driver's License   **Issuing State:** Arkansas   **ID Number:** ░ 940590103

#### Description
**Age:** 28   **Sex:** Female   **Race:** Black or African American   **Ethnicity:** Not Hispanic or Latino   **Eye Color:** Brown
**Hair Color:** Black   **Hair Length:** Long   **Hair Style:** Straight   **Build:** Heavy   **Resident Status:** Nonresident
**Language:** English

#### Contact
**Address Type:** Home   **Location:** ████████ Hugo OK 74743

# Vehicles

### Involved Vehicle - 2012 TOYOTA Camry - 04859CH (OK)    **Author:** Layman, Colton • Edited by Hoffman, Bryan

#### Vehicle Information
**Role:** Involved Vehicle   **Offense:** 22500 - 90Z  - ALL OTHER OFFENSES - FEL

#### Vehicle Details
**Vehicle Type:** Automobiles   **Year:** 2012   **Make:** Toyota   **Model:** Camry   **Style:** 4 Door Sedan; Truck / Pick-up 4 Door
**Color:** Maroon   **License Plate Number:** 04859CH   **State:** Oklahoma   **License Plate Type:** Passenger Car
**VIN:** 4T1BF1FK0CU524229

#### Related People
**Person:** BILLS, GLORIA   **Relationship:** Legal Owner

# Property

None reported.

Printed by Rivera, Alonzo (40281) at 01/12/2024 14:10    Page 2 of 13 (Page 2 of 5 in Incident Report 2024-0002121-1 (Report 1 of 2))

ANN_000251

Oklahoma City PD
**Incident Report 2024-0002121-1 (Report 1 of 2)**

## Property (continued)

### Narrative by Beloncik, Clifford          First Submitted: 01/09/2024 17:17

**BWC Video Available?:** Yes     **In Car Video Available?:** Yes

On 1/9/24 at approximately 1510 hours I responded to the area of NE 23rd St & N I-235 SB to assist OBN/DEA in making a traffic stop on a vehicle. Sgt Hoffman #2018 and I were able to finally catch up to the vehicle on E I-40 around Scott St, traveling East on I-40. The vehicle was a red Toyota Corolla, Tribal tag: 04859CH.

We were notified that the agent following the vehicle had PC for the traffic stop in OKC limits, so a traffic stop was conducted at I-40 and S Sooner Ave. The vehicle exited the highway and stopped on the service road of I-40 at the red light at Sooner. Due to not being very clear on whether this was going to be treated like a felony stop or not, I observed Sgt Hoffman approaching the driver side of the vehicle, so I approached the passenger side. I observed a black male sitting in the passenger seat. The passenger window was rolled up, so I tapped on the window for him to roll it down. When he rolled the window down, I could smell a strong odor of what I knew to be green marijuana coming from the recently rolled down window. I had previously not smelled the marijuana odor in the air.

I made contact with the passenger and asked him for his ID, to which he provided. I asked the passenger to step out of the vehicle, which he complied. The passenger was identified as IP Mondale Golston. Mondale had his wallet and phone on him, as well as $500 in hundred dollar bills in his left pocket. I originally left the money in his pocket, and took the wallet and phone, along with a lighter out of his possession. I then escorted Mondale back to my patrol car where he was placed in the backseat. Mondale was not in handcuffs and was not told he was under arrest. When he was placed in my backseat, I turned the backseat camera on. Mondale notified me that he had his medical marijuana card, which I verified in his wallet to be valid. Mondale notified me that there was weed in the car near his passenger seat in a green bag. I placed Mondale's phone on airplane mode while it was sitting on my dash.

I was notified by other responding agents from DEA/OBN that there was a considerable size of methamphetamine inside the vehicle. I did not take part in the search, but I observed the search of the vehicle and did see a canvas bag full of ziplok bags of a crystal substance I believed to be methamphetamine. I also observed a pistol being pulled out of a purse, but I had no dealings with the gun or drugs. At this time, I placed Mondale into handcuffs and took the money out of his pocket. I counted the money in front of him and placed it in his wallet, all on body camera.

At the request of the OBN agent, I transported Mondale to the DEA office at NE 122nd St & N Kelley Ave. Once there, I escorted him inside where he was left in the agent's custody, along with his property. I then left the DEA property.

For more information see other reports.

---End of Report---

### Narrative by Hoffman, Bryan          First Submitted: 01/10/2024 08:01

**BWC Video Available?:** Yes     **In Car Video Available?:** Yes

Oklahoma City PD
**Incident Report 2024-0002121-1 (Report 1 of 2)**

## Narrative by Hoffman, Bryan (continued)     First Submitted: 01/10/2024 08:01

On 1/9/24 at approximately 1510 hours hours I was working as 1C16 and heard OBN/DEA agents asking for assistance on stopping a vehicle near NE 23rd St and N I-235 SB. SGT Belonick #1955 and I were able to catch up to the agents and the suspect vehicle around E I-40 and Scott St, going Eastbound on I-40. The suspect vehicle was a Maroon, 2012 Toyota Camry, with tribal tags #04859CH.

The agents informed us they had Probable Cause (PC) for a traffic stop in Oklahoma City limits. They stated it was speeding doing 69 and had failed to use its turn signal several times when changing lanes. The vehicle was occupied two times. A traffic stop was conducted at I-40 EB and S Sooner Ave. The vehicle exited at S Sooner Ave and came to a stop at a Red light at the Service Road for I-40 and S Sooner Ave. It was not clear if this was a high risk stop or to be treated like a regular traffic stop. We were told OHP was in route and was going to conduct a high risk if they could.

I approached the driver side of the vehicle and the driver already had her license and insurance in her hands waiting for me. I informed her who I was and why I stopped her. I had the driver step out out of the vehicle. She was identified as IP-Gloria Bills. I asked Gloria if there was anything illegal or any weapons in the vehicle, she said no. I escorted Gloria to my patrol vehicle and had her sit in the back seat of my patrol vehicle. Gloria was not in handcuffs and was not told she was under arrest at this point. I turned on my back seat camera and turned off my body camera.

Other officer's and myself were notified by DEA/OBN officers that there was a good amount of methamphetamine in the vehicle. I did not search the vehicle. I did observe a White canvas bag in the floor board of the passenger side of the vehicle during the traffic stop. I later observed that bag out of the vehicle with a large amount of crystal substance in clear zip lock bags that I believed to be Methamphetamine. I observed a Turquoise semi-auto pistol being pulled out of the vehicle. I did not see where the pistol was pulled from. I had no dealings with the drugs or pistol. At this time I went back to my patrol vehicle and had Gloria step out. She was placed under arrest and placed into handcuffs by SGT Layman. SGT Layman took custody of Gloria and placed her in his back seat.  I ran both Gloria and IP-Mondale Golston and they came back clear of warrants.

At the request of OBN agents I stayed on scene with the vehicle. They informed me a wrecker had already been called by OHP and that it was to take custody of the vehicle. A OHP requested wrecker arrived and took custody of the vehicle.

See other reports for further information.

## Narrative by Layman, Colton     First Submitted: 01/10/2024 18:22

**BWC Video Available?:** Yes     **In Car Video Available?:** Yes

On 1/9/2024 at approximately 1508 hours, I was working street narcotics overtime as U41. I heard over the radio undercover officers were requesting assistance with a vehicle they believed was being used in drug distribution. I was advised via the radio it was a DEA case.

I heard over the radio the vehicle was speeding and had completed an improper lane change. I saw Sgt. Hoffman had stopped the vehicle on the east bound exit ramp of I-40 for S Sooner Road. I made contact with the driver Gloria Bills. I asked Gloria for consent to search her car which she said no. I approached the vehicle and smelled a strong odor of marijuana and I also saw white containers commonly used in the sale of marijuana. I asked Gloria if she had a medical marijuana card to which she responded "I don't smoke".

 I spoke with Oklahoma Bureau of Narcotics agent David Jehle who was on scene. David advised me a K9 unit was in-route to the stop. I saw an Oklahoma County Deputy arrive on scene with a K9. I was advised by the K9 unit the dog alerted to the vehicle. I saw David search the vehicle and pull out a Marshal's department store bag with several bags of a white crystal like substance in it. Based on my training and experience I knew the substance to be methamphetamine.

Oklahoma City PD
**Incident Report 2024-0002121-1 (Report 1 of 2)**

## Narrative by Layman, Colton (continued)　　First Submitted: 01/10/2024 18:22

I saw David take custody of the narcotics. David requested I transport Bills to the DEA office near NW 122nd Street and N Kelley Avenue. I did so and gave custody of Bills to DEA agents.

End of Report.

Off. C. Layman #2321