# **EXHIBIT 5**

BODY CAMERA FOOTAGE OF SGT. BELONCIK

FILED CONVENTIONALLY WITH THE COURT