# **<u>EXHIBIT 8</u>**

BODY CAMERA FOOTAGE OF K-9

FILED CONVENTIONALLY WITH THE COURT