# **<u>EXHIBIT 9</u>**

BODY CAMERA FOOTAGE 2 OF K-9

FILED CONVENTIONALLY WITH THE COURT